IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAYLA WOODS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KUBERA REIT, LLC *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>5:25-cv-00472-TES |

### ORDER

Before the Court is Pro Se Plaintiff Kayla Woods' Motion for Appointment of Counsel [Doc. 5], presumably brought under 28 U.S.C. § 1915(e)(1). *See* [Doc. 5]. In her Motion, Plaintiff asserts that she is "unable to pay the costs of this action," that her "knowledge of the practice of law is very limited and the issues in this case are complex," that she has been "unable to obtain counsel independently," and that "the interests of justice would be best served by the appointment of counsel in this matter." [Doc. 5, p. 1].

A civil litigant has no absolute constitutional right to the appointment of counsel. *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987). Instead, the appointment of counsel is a privilege, which is justified only by exceptional circumstances, such as when the facts and legal issues are so novel or complex as to require the assistance of counsel. *Id.* at 1028. Here, the Court has considered the matter's complexity and

Plaintiff's ability to prosecute her claims. The Court is unable to identify any exceptional circumstances, such as novel or complex facts and legal issues, that would require the appointment of counsel. As such, the Court exercises its discretion and denies the appointment of counsel for Plaintiff. *See* 28 U.S.C. § 1915(e)(1).

    **SO ORDERED**, this 10th day of November, 2025.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**