IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAYLA WOODS, et al., | * |
| Plaintiffs, | * |
| v. | Case No.  5:25-cv-00472-TES |
| | * |
| KUBERA REIT, LLC et al, | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 25th day of November, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk